# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

July 3 , 2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 04-00091 HG-KSC |
| CASE NAME: | Regina Smith v. John F. Peyton, Jr. et al. |
| ATTYS FOR PLA: | Alexander Silvert |
| ATTYS FOR DEFT: | Daniel H. Shimizu |

| | | | |
|---|---|---|---|
| JUDGE: | Helen Gillmor | REPORTER: | |
| DATE: | July 3, 2006 | TIME: | |

## MINUTE ORDER

Petitioner has filed a Request for Extension of Time to File Brief on the Merits. The Respondents do not object. Petitioner's Request for Extension of Time to File Brief on the Merits (Doc. 30) is **GRANTED**.

Petitioner has until on or before **August 9, 2006** to brief the merits of her habeas corpus petition as to Grounds One, Two, Five, and Six.

Respondents have until on or before **September 8, 2006** to file a brief in response.

Submitted by: David H. Hisashima, Courtroom Manager

cc:    Above counsel
       Judge Gillmor's chambers