# TABLE OF AUTHORITIES

**FEDERAL CASES** **PAGE(S)**

Apprendi v. New Jersey,
530 U.S. 466 (2000) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4, passim

Brecht v. Abrahamson,
507 U.S. 619 (1993) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6, 7, 55, 80

California v. Green,
399 U.S. 149 (1970) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 60, 70

Davis v. Alaska,
415 U.S. 308 (1974) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 60, 70

Douglas v. Alabama,
380 U.S. 415 (1965) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 60, 70

Early v. Packer,
537 U.S. 3, 10 (2003) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7

Evitts v. Lucey,
469 U.S. 387 (1985) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 72, 81

Halbert v. Michigan,
125 S. Ct. 2582 (2005) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 81

Himes v. Thompson,
336 F.3d 848 (9th Cir. 2003) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26

Hinman v. McCarthy,
676 F.2d 343 (9th Cir. 1984) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 38

Idaho v. Wright,
497 U.S. 805 (1990) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 29, 41, 45

Jammal v. Van de Camp,
926 F.2d 918 (9th Cir. 1991) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5

**TABLE OF AUTHORITIES**
(Continued)

**FEDERAL CASES** **PAGE(S)**

Jess v. Peyton,
CV No. 04-00601 JMS/BMK (D. Hawaii) . . . . . . . . . . . . . . . . . . . . . . . . . 87

Kamana'o v. Peyton,
CV No. 05-00681 SOM/KSC (D. Hawaii) . . . . . . . . . . . . . . . . . . . . . . . . . 87

Kaua v. Frank,
436 F.3d 1057 (9th Cir. 2006) . . . . . . . . . . . . . . . . . . . . . . . . . . 82, passim

Kotteakos v. United States,
328 U.S. 750 (1946) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6, 55

Mauricio v. Duckworth,
840 F.2d 454 (7th Cir. 1988) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 57

Morrissey v. Brewer,
408 U.S. 471 (1972) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 72, 81

Olesen v. Class,
164 F.3d 1096 (8th Cir.1999) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 53

O'Neal v. McAninch,
513 U.S. 432 (1995) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7, 56, 60

People v. Ignacio,
10 F.3d 608 (9th Cir. 1993) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 54

Ring v. Erickson,
983 F.2d 818 (8th Cir. 1993) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 42, 45

Snowden v. Singletary,
135 F.3d 732 (11th Cir. 1998) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 58

## TABLE OF AUTHORITIES
(Continued)

**FEDERAL CASES** **PAGE(S)**

United States ex rel. Williams v. Lane,
645 F.Supp. 740 (N.D. Ill. 1986),
aff'd, 826 F.2d 654 (7th Cir. 1987) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 58

United States v. Alston,
551 F.2d 315, 320 (D.C. Cir. 1976) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 57

United States v. Awkard,
597 F.2d 667 (9th Cir. 1979) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 40, 41, 43

United States v. Azure,
801 F.2d 336 (8th Cir. 1986) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 43

United States v. Barnard,
490 F.2d 907 (9th Cir. 1974) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 40, 41

United States v. Barrett,
8 F.3d 1296 (8th Cir. 1993) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 32, 54

United States v. Beaulieu,
194 F.3d 918 (8th Cir. 1999) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 53, 54

United States v. Bighead,
128 F.3d 1329 (9th Cir. 1997) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 43, 44

United States v. Binder,
769 F.2d 595 (1985) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 41, 64

United States v. Figueroa-Lopez,
125 F.3d 1241 (9th Cir. 1997) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 66, 67

United States v. George,
960 F.2d 97 (9th Cir. 1992) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 31

**TABLE OF AUTHORITIES**
(Continued)

**FEDERAL CASES** **PAGE(S)**

United States v. Hadley,
98 F.2d 848 (9th Cir. 1990) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 43, 44

United States v. Iron Shell,
633 F.2d 77 (8th Cir.1980) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 53

United States v. Kappell,
418 F.3d 550 (6th Cir. 2005) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 38

United States v. Morales,
109 F.3d 1031 (9th Cir. 1997) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 41

United States v. Peralta,
941 F.2d 1003 (9th Cir. 1991) . . . . . . . . . . . . . . . . . . . . . . . . . . . . 65, 66

United States v. Ravel,
930 F.2d 721 (9th Cir. 1991) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 41

United States v. Renville,
779 F.2d 430 (8th Cir.1985) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 53

United States v. Simmons,
414 F.2d 800 (9th Cir. 1969) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 57

United States v. Tsinnijinnie,
91 F.3d 1285 (9th Cir. 1996) . . . . . . . . . . . . . . . . . . . . . . . . . . . . 64, 65

Van Lynn v. Farmon,
347 F.3d 735 (9th Cir. 2003) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 88

Webb v. Lewis,
44 F.3d 1387 (9th Cir. 1994) . . . . . . . . . . . . . . . . . . . . . . . . 35, 36, 40, 45

**TABLE OF AUTHORITIES**
(Continued)


**FEDERAL CASES** **PAGE(S)**

White v. Illinois,
502 U.S. 346 (1992) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 30, 42

Williams v. Roe,
421 F.3d 883 (9th Cr. 2005) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7, 80

**STATE CASES**

Almeida v. Correa,
51 Haw. 594, 465 P.2d 564 (1970) . . . . . . . . . . . . . . . . . . . . . . . . . . . . 67

Owen v. Burcham,
599 P.2d 1012 (Idaho 1979) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 69

State v. Batangan,
71 Haw. 552 (1990) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 47, 48

State v. Huelsman,
588 P.2d 394 (Haw. 1978) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 82, 83

State v. Kamae,
56 Haw. 628 (1976) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 77, 82

State v. Kaua,
72 P.3d 473 (Haw. 2003) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 82, 83, 89

State v. Kim,
645 P.2d 1330 (Haw. 1982) . . . . . . . . . . . . . . . . . . . . . . . . . . . 46, passim

State v. Okumura,
894 P.2d 80 (Haw. 1995) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 83, 84

State v. Rinehart,
819 P.2d 1122 (Haw. 1991) . . . . . . . . . . . . . . . . . . . . . . . . 48, 49, 50, 51

# TABLE OF AUTHORITIES
(Continued)

**STATE CASES** **PAGE(S)**

State v. Rivera,
102 P.3d 1044 (Haw. 2004) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 82, 83

State v. Schroeder,
880 P.2d 192 (Haw. 1994) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 82

State v. Tafoya,
982 P.2d 890 (Haw. 1999) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 82

State v. Yamada,
99 Haw. 542 (2002) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 35

**CONSTITUTIONAL PROVISIONS**

Sixth Amendment . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10, 29

**FEDERAL STATUTES**

18 U.S.C. § 3553 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 80

28 U.S.C. § 2254 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6, 88

**STATE STATUTES**

Hawaii Revised Statutes § 706-659 . . . . . . . . . . . . . . . . . . . . . . . . . . . . 81

Hawaii Revised Statutes § 706-606 . . . . . . . . . . . . . . . . . . . . . . . . 23, passim

Hawaii Revised Statutes § 706-661 . . . . . . . . . . . . . . . . . . . . . . . . . . . . 23

Hawaii Revised Statutes § 706-662 . . . . . . . . . . . . . . . . . . . . . . . . 23, passim

Hawaii Revised Statutes § 706-664 . . . . . . . . . . . . . . . . . . . . . . . . . . . . 82

**TABLE OF AUTHORITIES**
(Continued)

**STATE STATUTES** **PAGE(S)**

Hawaii Revised Statutes § 706-668.5 . . . . . . . . . . . . . . . . . . . . . . . . 23, 25, 71, 73

Hawaii Revised Statutes § 706-669.5 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 84

Hawaii Revised Statutes § 707-730(1)(b) . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2, 81

Hawaii Revised Statutes § 707-732(1)(b) . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2, 58

**FEDERAL RULES**

Federal Rule of Evidence 701 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 42

Federal Rule of Evidence 702 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 42

Federal Rule of Evidence 803(4) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15

**STATE RULES**

Hawaii Rule of Penal Procedure 40 . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4, 26, 28

Hawaii Rule of Evidence 702 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 31

Hawaii Rule of Evidence 803(4) . . . . . . . . . . . . . . . . . . . . . . . . . . . . 29, passim

Hawaii Rule of Evidence 803(b)(4) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4, 17

**OTHER AUTHORITIES**

John E.B. Myers, J.D., et al., Expert Testimony in Child Sexual Abuse Litigation, Nebraska Law Review, Vol. 68, No. 1&2 . . . . . . . . . . 69

Melvin Lewis (Ed.), Child and Adolescent Psychiatry: A Comprehensive Testbook, 1991 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 69