```
              IN THE UNITED STATES DISTRICT COURT

                   FOR THE DISTRICT OF HAWAII


REGINA SMITH,                    ) CIVIL NO. 04-00091 HG-KSC
                                 )
            Petitioner,          ) ORDER TO SHOW CAUSE
                                 )
     vs.                         )
                                 )
JOHN F. PEYTON, JR.,             )
Director, State of Hawaii        )
Department of Public             )
Safety, MILLICENT NEWTON-        )
WMBRY, Warden, Mabel             )
Bassett Correctional             )
Center, and MARK J.              )
BENNETT, Attorney General,       )
State of Hawaii,                 )
                                 )
            Respondents.         )
                                 )
_____  )
```

ORDER TO SHOW CAUSE

     On August 9, 2006, Petitioner Regina Smith ("Petitioner") filed a petition for writ of habeas corpus under 28 U.S.C. § 2254 ("petition"). It not appearing plainly from the face of the petition that Petitioner is not entitled to relief, and it further appearing that the petition is in compliance with the

rules governing the form of such petitions, IT IS HEREBY ORDERED, pursuant to Rule 5 of the Rules Governing Section 2254 Cases in the United States District Courts, that Respondents John F. Peyton, Jr., Director, State of Hawaii Department of Public Safety, MILLICENT NEWTON-EMBRY, Warden, Mabel Bassett Correctional Center, and MARK J. BENNETT, Attorney General, State of Hawaii ("Respondents") file an answer to the amended petition showing cause why this petition should not be granted.

Accordingly, Respondents are ORDERED to file an answer to the petition on or before September 18, 2006. Respondents are further ORDERED to attach all relevant transcript portions, briefs on appeal or in post-conviction proceedings, opinions or dispositive orders relating to the conviction or sentence, to the answer as required by Rule 5, 28 U.S.C. § 2254.

Petitioner is granted up to and including October 18, 2006, within which to file a Reply to Respondents' Answer.

IT IS SO ORDERED.

Dated:  Honolulu, Hawaii, August 17, 2006.



_____
Kevin S.C. Chang
United States Magistrate Judge