PETER B. CARLISLE  (2209)
Prosecuting Attorney
DANIEL H. SHIMIZU  (4300)
Deputy Prosecuting Attorney
Department of the Prosecuting Attorney
1060 Richards Street
9th & 10th Floors
Honolulu, Hawai`i  96813
Telephone:  527-6501
Attorneys for State of Hawai`i

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| REGINA SMITH,<br><br>       Petitioner,<br><br>  vs.<br><br>JOHN F. PEYTON, JR., Director, Department of Public Safety, State of Hawai`i, MILLICENT NEWTON-EMBRY, Warden, Mabel Bassett Correctional Center, and MARK J. BENNETT, Attorney General, State of Hawai`i,<br><br>       Respondents. | CIVIL NO. 04-00091 HG-KSC<br><br>MOTION FOR EXTENSION OF TIME TO FILE BRIEF IN RESPONSE TO PETITIONER'S MEMORANDUM IN SUPPORT OF PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY; DECLARATION OF DANIEL H. SHIMIZU; CERTIFICATE OF SERVICE E |

MOTION FOR EXTENSION OF TIME TO FILE BRIEF
IN RESPONSE TO PETITIONER'S MEMORANDUM IN SUPPORT
OF PETITION UNDER 28 U.S.C. § 2254
<u>FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY</u>

      Respondents, by and through DANIEL H. SHIMIZU, Deputy Prosecuting

Attorney, City and County of Honolulu, State of Hawai`i, move this Honorable

Court for an Order extending the time for filing a brief in response to Petitioner's

"Memorandum In Support Of Petition Under 28 U.S.C. § 2254 For Writ Of

Habeas Corpus By A Person In State Custody", from September 8, 2006, up to and including the 9th day of October.

This motion is brought pursuant to **LR6.2** of the **Local Rules of Practice for the United States District Court for the District of Hawai`i** and is supported by the declaration of counsel attached hereto and incorporated by reference herein.

Dated at Honolulu, Hawai`i:  August 24, 2006.

        Respectfully submitted,

        STATE OF HAWAI`I
        Respondents

        By PETER B. CARLISLE
           Prosecuting Attorney


By _____/s/_____
    DANIEL H. SHIMIZU
    Deputy Prosecuting Attorney
    City and County of Honolulu