IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| REGINA SMITH,<br><br>    Petitioner,<br><br>  vs.<br><br>JOHN F. PEYTON, JR., Director, Department of Public Safety, State of Hawai`i, MILLICENT NEWTON-EMBRY, Warden, Mabel Bassett Correctional Center, and MARK J. BENNETT, Attorney General, State of Hawai`i,<br><br>    Respondents. | ) CIVIL NO. 04-00091 HG-KSC<br>)<br>) CERTIFICATE OF SERVICE E<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

CERTIFICATE OF SERVICE

I hereby certify that on August 24, 2006, a true and correct copy of the foregoing was served on the following by the method of service noted below, at their last know addresses:

Served electronically through CM/ECF:

ALEXANDER SILVERT    alexander_silvert@fd.org
  Attorney for Petitioner REGINA SMITH

Served by United States Postal Service First Class Mail:

MARK J. BENNETT, Attorney General
Department of the Attorney General
425 Queen Street
Honolulu, Hawai`i  96813

    Attorney for Respondents JOHN F. PEYTON, JR., et al.

         /s/
         DANIEL H. SHIMIZU
         Deputy Prosecuting Attorney
         City and County of Honolulu