# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

August 28 , 2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:     CIVIL NO. 04-00091 HG-KSC

CASE NAME:       Regina Smith v. John F. Peyton, Jr. et al.

ATTYS FOR PLA:   Alexander Silvert

ATTYS FOR DEFT:  Daniel H. Shimizu

---

JUDGE:     Helen Gillmor          REPORTER:

DATE:      August 28, 2006        TIME:

---

## <u>MINUTE ORDER</u>

Respondents have filed a "Motion for Extension of Time to File Brief in Response To Petitioner's Memorandum in Support of Petition Under 28 U.S.C. § 2254 For Writ of Habeas Corpus By a Person in State Custody" (Doc. 35.)

Respondents' motion (Doc. 35) is **GRANTED**.  Respondents have until on or before **October 9, 2006** to file a brief in response.

Submitted by: Submitted by: Mary Rose Feria, Courtroom Manager
Submitted by: David H. Hisashima, Courtroom Manager

cc:     Above counsel
        Judge Gillmor's chambers