PETER B. CARLISLE   2209
Prosecuting Attorney
DANIEL H. SHIMIZU   4300
Deputy Prosecuting Attorney
City and County of Honolulu
1060 Richards Street
Honolulu, Hawaii  96813
Telephone:  527-6501

Attorneys for State of Hawaii

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| REGINA SMITH, | ) CIVIL NO.  04-00091 HG-KSC |
| | ) |
| Petitioner, | ) EXHIBIT "OO" |
| | ) |
| vs. | ) |
| | ) |
| JOHN F. PEYTON, JR., Director, | ) |
| Department of Public Safety, State of | ) |
| Hawaii and MILLICENT NEWTON | ) |
| EMBRY, Warden, Mabel Bassett | ) |
| Correctional Center, | ) |
| | ) |
| Respondents. | ) |
| | ) |

**EXHIBIT "OO"**