IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | | |
|---|---|---|
| REGINA SMITH, | ) | CIVIL NO. 04-00091 HG-KSC |
| | ) | |
| Petitioner, | ) | CERTIFICATE OF SERVICE |
| | ) | |
| vs. | ) | |
| | ) | |
| JOHN F. PEYTON, JR., Director, Department of Public Safety, State of Hawaii and MILLICENT NEWTON EMBRY, Warden, Mabel Bassett Correctional Center, | ) ) ) ) ) | |
| | ) | |
| Respondents. | ) ) | |

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 6, 2006, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served Electronically by through CM/ECF:

ALEXANDER SILVERT          alexander_silvert@fd.org
    Attorney for Petitioner REGINA SMITH

Served by United States Postal Service First Class Mail:

HONORABLE MARK J. BENNETT
Attorney General
425 Queen Street
Honolulu, Hawai`i 96813
    Attorney for Respondents JOHN F. PEYTON, JR. and
    MILLICENT NEWTON EMBRY

                              /s/
                     DANIEL H. SHIMIZU
                     Deputy Prosecuting Attorney
                     City and County of Honolulu