IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| REGINA SMITH,                       ) | CIVIL NO. 04-00091 HG-KSC |
|         Petitioner,        ) | ORDER OF DESIGNATION TO |
|     vs.                              ) | A MAGISTRATE JUDGE |
| JOHN F. PEYTON, Director,           ) | |
| Department of Public Safety,        ) | |
| State of Hawaii, and MILLICENT      ) | |
| NEWTON EMBRY, Warden Mabel          ) | |
| Bassett Correctional Center,        ) | |
|         Defendants.        ) | |

**ORDER OF DESIGNATION TO A MAGISTRATE JUDGE**

On June 13, 2006, this Court adopted in part Magistrate Judge Chang's Findings and Recommendation to Dismiss Petition for Writ of Habeas Corpus (Doc. 23).  This Court directed the parties to resubmit briefs on the merits of Grounds One, Two, Five and Six of Petitioner's 28 U.S.C. § 2254 habeas petition.[1]  The parties subsequently filed their briefs.

Pursuant to Title 28 United States Code, Sections 636(b)(1)(B) and 636(b)(3) and Rule LR72.5 of the Local Rules of Practice of the United States District Court for the District of Hawaii, United States Magistrate Judge Kevin S.C. Chang is designated to submit his proposed order containing findings of fact and recommendations for the disposition of Regina Smith's 28 U.S.C. § 2254 Petition for Writ of Habeas Corpus as to Grounds One, Two, Five and Six.

---

[1] Petitioner voluntarily withdrew Grounds Three and Four.

DATED: Honolulu, Hawaii, October 19, 2006.



        /s/ Helen Gillmor
Chief United States District Judge

---

Civil No. 04-00091 HG-KSC; <u>Regina Smith v. John F. Peyton</u>
ORDER OF DESIGNATION TO A MAGISTRATE JUDGE