PETER C. WOLFF, JR.  #2332
Federal Public Defender
District of Hawaii

ALEXANDER SILVERT
First Assistant Federal Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii  96850-5269
Telephone:  (808) 541-2521
Facsimile:   (808) 541-3545
E-Mail:     alexander_silvert@fd.org

Attorney for Petitioner
REGINA SMITH

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| REGINA SMITH, | )  CIV. NO. 04-00091 HG/KSC |
| | ) |
| Petitioner, | )  MOTION BY PETITIONER |
| | )  REQUESTING ADDITIONAL TEN |
| vs. | )  DAYS TO OBJECT TO |
| | )  MAGISTRATE'S FINDINGS AND |
| JOHN F. PEYTON, Director, | )  RECOMMENDATION ; |
| Department of Public Safety, State of | )  CERTIFICATE OF SERVICE |
| Hawaii; and MILLICENT | ) |
| NEWTON-EMBRY, Warden, Mabel | ) |
| Bassett Correctional Center, | ) |
| | ) |
| Respondents. | ) |
| _____ | ) |

### MOTION BY PETITIONER REQUESTING TEN ADDITIONAL DAYS TO OBJECT TO MAGISTRATE'S FINDINGS AND RECOMMENDATIONS

Petitioner hereby moves for an additional ten days to object to the Magistrate's Findings and Recommendation filed on March 9, 2007. Petitioner has informed Respondents of this request and they have no objection. The Magistrate's Findings and Recommendation are 47 pages denying all of the issues raised by Petitioner in her habeas corpus petition. In denying all of Petitioner's claims, the Magistrate sometimes bases the denial on several different grounds.

Given the complexity of the issues presented and the various reasons offered by the Magistrate in denying each grounds of her petition, and given Petitioner's attorney workload, which currently includes a report due to the Administrative Office for the Courts, Petitioner respectfully asks for an additional ten days to object to the Magistrate's report.

Wherefore, Petitioner asks that her objections be due on March 30, 2007.

DATED: Honolulu, Hawaii, March 19, 2007.

    /s/ Alexander Silvert
ALEXANDER SILVERT
Attorney for Petitioner
REGINA SMITH

# CERTIFICATE OF SERVICE

I, ALEXANDER SILVERT, hereby certify that on the date and by the method of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses on March 19, 2007:

Served Electronically through CM/ECF:

DANIEL H. SHIMIZU
dshimizu@honolulu.gov
Deputy Prosecuting Attorney
City and County of Honolulu
1060 Richards Street
Honolulu, Hawaii 96813

DATED: Honolulu, Hawaii, March 19, 2007.

/s/ Alexander Silvert
ALEXANDER SILVERT
Attorney for Petitioner
REGINA SMITH