# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

March 23, 2007  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:      Civil No. 04-00091 HG-KSC

CASE NAME:        Regina Smith v. John F. Peyton, et al.

ATTYS FOR PLA:    Alexander Silvert, First Asst. Federal Defender

ATTYS FOR DEFT:   Daniel H. Shimizu, Deputy Prosecuting Attorney

JUDGE:    Helen Gillmor          REPORTER:

DATE:                             TIME:

COURT ACTION:        **MINUTE ORDER**

Petitioner Regina Smith's MOTION BY PETITIONER REQUESTING ADDITIONAL TEN DAYS TO OBJECT TO MAGISTRATE'S FINDINGS AND RECOMMENDATION filed on March 19, 2007 (Doc. 41) is **HEREBY GRANTED**. Petitioner's objections are due March 30, 2007.

Submitted by: Mary Rose Feria, Courtroom Manager

cc:   above counsel
      Chief Judge Helen Gillmor's chambers