## TABLE OF CONTENTS

**PAGE**

TABLE OF CONTENTS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  i

TABLE OF AUTHORITIES . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  iii

I.  DR. BIDWELL'S TESTIMONY THAT CHILDREN'S STATEMENTS WERE "CONSISTENT" WITH HIS MEDICAL FINDINGS  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  2

II.  SEXUALIZED BEHAVIOR  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  7

III.  CONSECUTIVE SENTENCES  . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  12

IV.  APPRENDI CLAIM  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  15

CERTIFICATE OF SERVICE