## TABLE OF AUTHORITIES

**CASES**                                                      **PAGE(S)**

Almeida v. Correa, 465 P.2d 564 (Haw. 1970) .......................... 8

Apprendi v. New Jersey, 530 U.S. 466 (2000) ................... 15, 16, 17

Evitts v. Lucey, 469 U.S. 387 (1985) ................................ 14

Kaua v. Frank, 436 F.3d 1057 (9th Cir. 2006) ........................ 17

Snowden v. Singletary, 135 F.3d 732 (11th Cir. 1998) .................. 6

State v. Batangan, 799 P.2d 48 (Haw. 1990) ........................... 4

State v. Yamada, 57 P.3d 467 (Haw. 2002) ............................ 4

United States v. Figueroa-Lopez, 125 F.3d 1241 (9th Cir. 1997) ........... 9

United States v. Juvenile, 347 F.3d 778 (9th Cir. 2003) ................. 10

United States v. Peralta, 941 F.2d 1003 (9th Cir. 1991) .................. 9

United States v. Ravel, 930 F.2d 721 (9th Cir. 1991) .................... 3

United States v. Sanchez-Cervantes, 282 F.3d 664 (9th Cir. 2002) ......... 15

Van Lynn v. Farmon, 347 F.3d 735 (9th Cir. 2003) ................. 16, 17

Webb v. Lewis, 44 F.3d 1387 (9th Cir. 1994) .......................... 3

**STATUTES**

H.R.S. § 706-606 .......................................... 12, 13, 15

H.R.S. § 706-664 .............................................. 13, 15

28 U.S.C. § 2254 ............................................. 16, 17

## TABLE OF AUTHORITIES
(Continued)

**RULE** **PAGE(S)**

H.R.E. § 803 .............................................. 3