# CERTIFICATE OF SERVICE

I, ALEXANDER SILVERT, hereby certify that on the date and by the method of service noted below, a true and correct copy of the foregoing was served on the following at his last known address on March 30, 2007:

    Served Electronically through CM/ECF:

        DANIEL H. SHIMIZU
        dshimizu@honolulu.gov
        Deputy Prosecuting Attorney
        City and County of Honolulu
        1060 Richards Street
        Honolulu, Hawaii  96813

    DATED:  Honolulu, Hawaii, March 30, 2007.

                          /s/ Alexander Silvert
                          ALEXANDER SILVERT
                          Attorney for Petitioner
                          REGINA SMITH