AO 450 (Rev. 5/85) Judgment in a Civil Case

## UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

Regina Smith

JUDGMENT IN A CIVIL CASE

Case: 1:04-CV-00091-HG-KSC

Plaintiff(s),

V.

John F. Peyton, Jr., et al.

Defendant(s).

[ ]   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[✓]   **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Regina Smith's Petition is DENIED, pursuant to the "Magistrate's Findings and Recommendation to Deny Amended Petition for Writ of Habeas Corpus" issued by Magistrate Judge Kevin S.C. Chang on March 9, 2007 which was then adopted by the "Order Adopting and Supplementing Magistrate Judge's Findings and Recommendation to Deny Amended Petition for Writ of Habeas Corpus" issued by Chief Judge Helen Gillmor on September 14, 2007.

September 21, 2007                                SUE BEITIA
Date                                              Clerk

                                                  (By) Deputy Clerk