UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850

SUE BEITIA
CLERK

TEL (808) 541-1300
FAX (808) 541-1303

September 21, 2007

TO ALL COUNSEL

    Re   1:04-CV-00091-HG-KSC
    :   Regina Smith vs. John F. Peyton, Jr., et al.

Dear Sir,

    Please be advised that pursuant to Rule 77, FRCP, notice is hereby given that judgment was entered on September 21, 2007.

                            Sincerely Yours,

                            SUE BEITIA, CLERK

                            by: Bernadette Aurio
                            Deputy Clerk

cc: all counsel